IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:21-CV-033-KDB-DCK

| | |
|---|---|
| GLYNNDEVINS, INC., d/b/a WALKER MARKETING, INC., | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )    **ORDER** |
| NC HOMES ASSOCIATES, LLC, | )<br>)<br>) |
| **Defendant.** | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Consent Motion To Stay Initial Attorneys' Conference" (Document No. 9) filed June 4, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Consent Motion To Stay Initial Attorneys' Conference" (Document No. 9) is **GRANTED**. The Initial Attorneys' Conference shall be stayed until fourteen (14) days following the filing of the mediation report in this matter.

**SO ORDERED**.

Signed: June 7, 2021

David C. Keesler
United States Magistrate Judge